COOLEY GODWARD KRONISH LLP
KOJI F. FUKUMURA (189719) (kfukumura@cooley.com)
RYAN E. BLAIR (246724) (rblair@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

THE ROSEN LAW FIRM
STEVEN O. ROSEN (*pro hac vice application to be filed*)
Old Federal Courthouse, Suite 702
620 S.W. Main Street
Portland, OR 97205
Telephone: (503) 525-2525
Facsimile: (503) 525-2526

Attorneys for Defendant NEW CENTURY BUILDINGS, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McCUNE MOTORS,<br><br>    Plaintiff,<br><br>    v.<br><br>NEW CENTURY BUILDINGS, LLC,<br><br>    Defendant. | Case No. '08 CV 0396 LAB WMc<br><br>**NOTICE OF REMOVAL OF ACTION (DIVERSITY)** |

**ORIGINAL**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NO.
NOTICE OF REMOVAL OF ACTION (DIVERSITY)

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant New Century Buildings, LLC ("New Century"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby files this Notice of Removal of *McCune Motors v. New Century Buildings, LLC*, Civil Action No. 37-2008-00068518-CU-CO-SC from the Superior Court of the State of California for the County of San Diego – South Bay Division to the United States District Court for the Southern District of California. The grounds for removal are as follows:

## I.   FACTS MERITING REMOVAL.

1. In this civil action, *McCune Motors v. New Century Buildings, LLC*, Civil Action No. 37-2008-00068518-CU-CO-SC, presently before the Superior Court of the State of California for the County of San Diego – South Bay Division, plaintiff McCune Motors ("McCune"), a California corporation with its principal place of business in California, sues New Century, an Oregon corporation with its principal place of business in Oregon, for rescission of a contract whereby McCune agreed to purchase a "Fast Lube" building from New Century.

2. New Century was first served with a summons and Complaint of the state court action on January 31, 2008. A true and correct copy of the Complaint is attached hereto as Exhibit A, and is incorporated by reference as fully set forth herein. A true and correct copy of the summons served on New Century is attached hereto as Exhibit B.

3. This Notice of Removal is timely because it has been filed within thirty days of when New Century was simultaneously served with the summons and Complaint. *See* 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 345-46 (1999) ("[I]f the summons and complaint are served together, the 30-day removal period runs at once.").

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by New Century pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. It is apparent from the face of the Complaint that McCune seeks an amount in excess of $75,000.00.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

CASE NO.
NOTICE OF REMOVAL OF ACTION (DIVERSITY)

For example, the Complaint seeks rescission of the contract to purchase a "Fast Lube" building from New Century and a return of $230,000.00 that McCune paid pursuant to the contract. *See, e.g.*, Complaint, ¶ 14.

5. New Century is informed and believes that McCune was, and still is, a California corporation with its principal place of business in the state of California. New Century was, at all relevant times, and still is, an Oregon corporation with its principal place of business in Oregon, and, to its knowledge, is the only defendant that has been served in this action. Accordingly, diversity of citizenship exists because the matter in controversy is between "citizens of different States." 28 U.S.C. § 1332(a)(1).

## II. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

6. This Notice of Removal is timely according to 28 U.S.C. § 1446(b).

7. New Century, in good faith, believes that the amount in controversy exceeds $75,000.00, exclusive of costs and interest, and complete diversity of citizenship exists.

8. The United States District Court for the Southern District of California embraces the county in which the state court action is now pending; therefore, this action is properly removed to the Southern District of California pursuant to 28 U.S.C. § 84(d).

9. Pursuant to 28 U.S.C. § 1446(d), New Century is filing written notice of this removal to all parties and will file a notice with the clerk of the state court in which this action is currently pending.

**WHEREFORE**, New Century respectfully moves this action from the Superior Court of State of California for the County of San Diego – South Bay Division to the United States District Court for the Southern District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

/ / /

/ / /

/ / /

/ / /

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

CASE NO.
NOTICE OF REMOVAL OF ACTION (DIVERSITY)

| | | |
|---|---|---|
| 1 | Dated: March 3, 2008 | COOLEY GODWARD KRONISH LLP |
| 2 | | KOJI F. FUKUMURA (189719) |
| | | RYAN E. BLAIR (246724) |

_____
Ryan E. Blair (246724)

THE ROSEN LAW FIRM
STEVEN O. ROSEN (*pro hac vice application to be filed*)
Old Federal Courthouse, Suite 702
620 S.W. Main Street
Portland, OR 97205
Telephone:    (503) 525-2525
Facsimile:    (503) 525-2526

Attorneys for Defendant New Century Buildings, LLC

Exhibit A

<pre>
1  ARMANDO L. ODORICO (SNB #38132)
   Attorney at Law
2  600 West Broadway, Suite 1020
   San Diego, CA 92101
3  Telephone:  (619) 238-0338
   Facsimile:  (619) 238-1351
4

5  Attorney for Plaintiff McCune Motors
</pre>

FILED
08 JAN 31 AM 10:57
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

### SOUTH BAY DIVISION

37-2008-00068518-CU-CO-SC

| | |
|---|---|
| McCUNE MOTORS, a California corporation, | CASE NO. |
| Plaintiff, | COMPLAINT FOR RELIEF BASED ON RESCISSION AND FOR MONEY HAD AND RECEIVED |
| v. | |
| NEW CENTURY BUILDINGS, LLC and DOES 1 through 10, inclusive, | |
| Defendants. | |

### FIRST CAUSE OF ACTION

(Rescission Based on Mutual Mistake)

Plaintiff alleges:

1. Plaintiff is now, and at all times herein mentioned, was a corporation organized and existing under the laws of the State of California with its principal place of business at National City, California.

2. Plaintiff is informed and believes and hereon alleges that at all times herein mentioned, Defendants New Century Buildings, LLC ("NCB"), a limited liability company with its principal offices in Portland, Oregon.

3. This Court is the proper court for this action in that the contract hereinafter alleged was to be performed in the City of National City, California.

///

4.  Plaintiff does not the true names of Defendants of DOES 1 through 10, inclusive, and therefore sues them by the those fictitious names.

5.  Plaintiff is informed and believes, and thereon alleges that at all times mentioned in this Complaint, Defendants were the agents and employees of their Co-Defendants, and in doing the things alleged in this Complaint, were acting within the course and scope of that agency and employment.

6.  On or about September 2004, Plaintiff and Defendants entered into negotiations to erect a Fast Lube building at Plaintiff's property located at the corner of National City Boulevard and 30th Street.

7.  Plaintiff and Defendants made inquiries of the City of National City for the erection of the building on the above-mentioned property. At that time Plaintiff and Defendants were under the mistaken belief that said building could be erected on said property.

8.  Based on this mutual mistake Plaintiff and Defendants entered into an agreement on or about September 12, 2005, a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference whereby Plaintiff was to purchase a Fast Lube building to be erected on said property.

9.  In March 2007, Plaintiff learned that the City of National City would not permit the erection of the Fast Lube building on said property because there were storm and sewer drains located on said property which prevented the building of any structure over said storm and sewer drains.

10. Plaintiff would have not entered into the contract had it known that the City of National City would not permit the erection of the building on said property.

11. On or about April 2007, Plaintiff requested the return of its monies it had paid on the contract in the amount of $230,000.

12. Plaintiff allowed Defendants some time in which to repay the money by Defendants reselling the building.

13. To date, Defendants have not repaid the $230,000 nor any part thereof.

14. Plaintiff has demanded rescission of the contract and the return of Plaintiff's monies in the amount of $230,000.

15. Based on the above-mentioned fact, Plaintiff has demanded rescission, and the service of the Summons and Complaint in this action constitutes notice of rescission of the contract between Plaintiff and Defendants and requests restoration of the benefits received by Defendants, together with interest at the legal rate thereon.

## SECOND CAUSE OF ACTION

### (The Common Count for Money Had and Received)

16. Plaintiff incorporates by reference paragraphs 1 through 15.

17. On or about June 5, 2006, Defendants became indebted to Plaintiff in the sum of $230,000, for money had and received by Defendants for the use of Plaintiff.

18. The entire amount of this sum is now due and unpaid despite Plaintiff's demand, plus prejudgment interest at the legal rate from April 1, 2007.

WHEREFORE, Plaintiff demands judgment against the Defendants and each of them, for:

1. A determination that the contract entered into between Plaintiff and Defendants has been rescinded;

2. For an Order of Restitution to Plaintiff in the amount of $230,000;

3. For prejudgment interest at the legal rate from June 5, 2006; and

4. For any and other further relief as the Court deems proper.

DATED: January 28, 2008

By: ARMANDO L. ODORICO
Attorney for Plaintiff McCune Motors

01/31/2008  13:21   61923██51          BARRY ODORICO PL███         PAGE  12

| | | |
|---|---|---|
| Date: | Thursday, September 01, 20██ | |
| Contact: | ██████████████████ | |
| Company: | ██████████████████ | **ModuLube** |
| Street: | ██████████████████ | Modular Fast Lube Facilities |
| City/State: | ██████████████████ | |
| Phone | ██████████████████ | |
| Fax | ██████████████████ | NCB, LLC, 12242 Garden Pl., Portland, OR 97223  503-603-4202 |

**Prices Good For 30 Days from Date Above**

### FAST LUBE BUILDING SYSTEM

**System Standard Components**

1500 Gallon Oil Storage System - Windshield Washer Fluid Storage System - Antifreeze/Coolant Storage System - Centrally located Product Distribution Consoles - Metered New Oil Delivery System - A Variety of Technician Tools - Customer Transaction Cabinet with Telephone Conduit - 200 Amp Electrical Service Panel - High Efficiency 40,000 BTU Natural Gas Furnace - 5 Horsepower Air Compressor with 60 Gallon Vertical Tank - Wall Mounted Utility Sink - Point-of-use Water Heater with 2.5 Gallon Capacity - Assorted Storage Shelving - Computer Hardware, Software and Training.

**Building Structures**

| | | |
|---|---|---|
| Two Bay System (41'3" X 32'0") | | $298,200 |
| Three Bay System (55'0" X 32'0") | | $0 |
| Four Bay System (68'9" X 32'0") | | $0 |
| | | $0 |

**Service Bay Standard Components** (Some items shared between bays)

ZipPit with Centrifugal Fan and Heating Duct - Durable and Comfortable Technician Glider - Used Oil Recovery Unit - Non-Metered Gear Oil Delivery System - Gear Oil Recovery System - Commercial Overhead Doors - Point of Sales Service Bay Computer Cabinet - Slip Resistant Floor Covering - Windshield Washer Fluid Delivery System - Antifreeze/Coolant Delivery System - Rechargeable Chassis Lube Gun

**Service Bay Options**

| | Per Bay | |
|---|---|---|
| Nitrogen Generator System | $5,995 | Optional |
| 9000 LB Tire Rotation Package with Tools (Per Service Bay) | $9,950 | $19,900 |
| Overhead Power Door Openers (Per Service Bay) | $1,390 | $5,560 |
| Overhead Door Insulated Glass (Per Service Bay) | $1,970 | $0 |
| Direct Gas Fired Make-Up Heat System* | $9,500 | $0 |
| Additional 250 Gallon UL Double Wall Bulk Storage Tank | $1,540 | Optional |
| Additional 500 Gallon UL Double Wall Bulk Storage Tank | $2,910 | Optional |
| Signage...TBD  Not Included in Estimate | $0 | Optional |

**Standard Building Exterior**

36" Vertical Parapet with 7 5/8" Soffit - Smooth Stucco Exterior Finish (choose from numerous colors) Color Coordinated Door and Window Trim - Signage TBD

**Exterior Options**

| | | |
|---|---|---|
| 48" Vertical Parapet with 7 5/8"-Offset-Smooth Stucco Exterior Finish | | $0 |
| 42" Vertical Parapet with 7 5/8"-Offset-Smooth Stucco Exterior Finish | | $0 |
| 30" Vertical Parapet with 7 5/8" Offset-Smooth Stucco Exterior Finish | | $0 |
| | | $0 |
| | | $0 |
| | | $0 |

| | | | | |
|---|---|---|---|---|
| | Total System | | | $323,660 |
| | | | | 0 |
| | Two Bay Installation (excludes travel and equipment rental) | | | $20,000 |
| | Estimated Sales Tax Rate: | N/A | 0.00% | $0 |
| | Estimated Freight: | | OREGON | $11,000 |
| Quote Valid for 30 Days from date above...and is NOT TO EXCEED---> | | $359,000.00 | TOTAL | $354,660 |
| TERMS: | Deposit $60,000.00, November 15 Payment $120,000.00, December Payment $120,000.00, Balance on Installation | | | |

Authorized Signature                       Print Name Please                              Date

NOTES:  MANUFACTURE START DATE IS SET UPON RECEIPT OF DEPOSIT!!!

1) Estimate for freight does not represent final freight bill since variable transportation costs (e.g. wide load permits, fuel surcharges, etc.) are assessed upon delivery.
2) This quote does not include installation crew travel expenses and on-site equipment rental (e.g. Forklift, Crane, etc.) which are invoiced separately.
3) This quote excludes property tax, site preparation and equipment other than that stated in this quote.
4) POS Site Software (LubeSoft) Support is billed monthly at $296/mo. (1st Qtr Software Support is included in base system cost). Does not include interface with DMS.

9/1/2005                    C:\1 Main File\QUOTES\McCune, San Diego, CA\McCune Fast Lube Quote 8-10-05.xls

# EXHIBIT A

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
New Century Buildings, LLC

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
SOUTH COUNTY

08 JAN 31 AM 10: 57

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
McCune Motors, Inc.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California
500 third Ave.
Chula Vista, CA 91910
South county Division

CASE NUMBER:
*(Número del Caso)* 37-2008-00068519-CU-CO-SC

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
(619)238-0338
Armando L. Odorico SBN 38132
600 West Broadway, Suite 1020
San Diego, CA 92101

DATE: **JAN 3 1 2008**        Clerk, by **V. CARRILLO**, Deputy
*(Fecha)*                      *(Secretario)*                  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* New Century Buildings
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☒ other *(specify):* Limited Liability Company
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Armando L. Odorico
Armando L. Odorico SBN 38132
600 West Broadway, Suite 1020
San Diego, CA 92101
San Diego, CA 92101
TELEPHONE NO.: (619)238-0338   FAX NO.: (619)238-0338
ATTORNEY FOR (Name): Plaintiff

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS: 500 third Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: Chula Vista, CA 91910
BRANCH NAME: South County Division

CASE NAME: McCune v. NCB

FILED
SOUTH COUNTY
08 JAN 31 AM 10: 57
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 37-2008-00068518-CU-CO-SC |
|---|---|---|
| [x] Unlimited  [ ] Limited (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:  DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400-3.403) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Construction defect (10) |
| | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [x] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse condemnation (14) | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Wrongful eviction (33) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Drugs (38) | [ ] Other complaint (not specified above) (42) |
| [ ] Intellectual property (19) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Petition re: arbitration award (11) | [ ] Other petition (not specified above) (43) |
| **Employment** | [ ] Writ of mandate (02) | |
| [ ] Wrongful termination (36) | [ ] Other judicial review (39) | |
| [ ] Other employment (15) | | |

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel   e. [ ] Coordination with related actions pending in one or more courts issues that will be time-consuming to resolve   in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. [ ] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify): 2
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 01/28/08

Armando L. Odorico
(TYPE OR PRINT NAME)                                           (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**   Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

| | |
|---|---|
| COOLEY GODWARD KRONISH LLP<br>KOJI F. FUKUMURA (189719) (kfukumura@cooley.com)<br>RYAN E. BLAIR (246724) (rblair@cooley.com)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420<br><br>THE ROSEN LAW FIRM<br>STEVEN O. ROSEN (*pro hac vice application to be filed*)<br>Old Federal Courthouse, Suite 702<br>620 S.W. Main Street<br>Portland, OR 97205<br>Telephone: (503) 525-2525<br>Facsimile: (503) 525-2526 | FILED<br>2008 MAR -3 PM 3:18<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____RM_____ DEPUTY |

Attorneys for Defendant NEW CENTURY BUILDINGS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**'08 CV 0396 LAB WMc**

| | |
|---|---|
| McCUNE MOTORS,<br><br>        Plaintiff,<br><br>    v.<br><br>NEW CENTURY BUILDINGS, LLC,<br><br>        Defendant. | Case No.<br><br>**PROOF OF SERVICE** |

**ORIGINAL**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NO.
PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California 92121. On the date set forth below I served the documents described below in the manner described below:

1. **CIVIL COVER SHEET**
2. **NOTICE OF REMOVAL OF ACTION**
3. **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**
4. **DEFENDANT NEW CENTURY BUILDINGS, LLC'S CORPORATE DISCLOSURE STATEMENT**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☒ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by FEDERAL EXPRESS for overnight delivery.

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

Armando L. Odorico
600 W. Broadway
Suite 1020
San Diego, CA 92101
*Attorneys for Plaintiff*

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

CASE NO.
PROOF OF SERVICE

1  Executed on March 3, 2008, at San Diego, California.

*/s/ Kendra A. Jones*
Kendra A. Jones

578687 v1/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

CASE NO.
PROOF OF SERVICE

◎JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED
2008 MAR -3 PM 3
CLERK US DISTRICT
SOUTHERN DISTRICT OF CA
BY

## I. (a) PLAINTIFFS
McCune Motors, Inc.

**DEFENDANTS**
New Century Buildings, LLC

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Multnomah
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

'08 CV 0396 LAB WMc

(c) Attorney's (Firm Name, Address, and Telephone Number)
Armando L. Odorico, 600 W. Broadway, Suite 1020, San Diego, CA 92101, (619) 238-0338

Attorneys (If Known)
Koji F. Fukumura and Ryan E. Blair, Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, CA 92121, (858) 550-6000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. section 1332.

Brief description of cause:
Rescission of contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 230,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 03/03/2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Ryan E. Blair

**FOR OFFICE USE ONLY**

RECEIPT # 148292   AMOUNT $350   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

SEL 3/3/08

ORIGINAL

```
         UNITED STATES
         DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

       # 148292      - SH

         March 03, 2008
            15:14:49

         Civ Fil Non-Pris
USAO #.: 08CV0396
Judge..: LARRY A BURNS
Amount.:                 $350.00 CK
Check#.: BC6913



       Total->  $350.00


FROM: MCCUNE MOTORS V. NEW CENTURY
      BUILDINGS LLC
```