```
1  COOLEY GODWARD KRONISH LLP
   KOJI F. FUKUMURA (189719) (kfukumura@cooley.com)
2  RYAN E. BLAIR (246724) (rblair@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA  92121
   Telephone:   (858) 550-6000
4  Facsimile:   (858) 550-6420

5  THE ROSEN LAW FIRM
   STEVEN O. ROSEN (pro hac vice application to be filed)
6  Old Federal Courthouse, Suite 702
   620 S.W. Main Street
7  Portland, OR 97205
   Telephone:   (503) 525-2525
8  Facsimile:   (503) 525-2526

9  Attorneys for Defendant NEW CENTURY BUILDINGS, LLC
```

FILED
2008 MAR -3 PM 3:18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____RM_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

McCUNE MOTORS,

    Plaintiff,

v.

NEW CENTURY BUILDINGS, LLC,

    Defendant.

Case No. '08 CV 0396 LAB WMc

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

ORIGINAL

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NO.
NOTICE TO ADVERSE PARTY OF REMOVAL TO
FEDERAL COURT

**TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed in the United States District Court for the Southern District of California on February 29, 2008. A copy of the said Notice of Removal of Action is attached to this Notice as Exhibit A and is served and filed herewith.

Dated: March 3, 2008

COOLEY GODWARD KRONISH LLP
KOJI F. FUKUMURA (189719)
RYAN E. BLAIR (246724)

_____
Ryan E. Blair (246724)

THE ROSEN LAW FIRM
STEVEN O. ROSEN (*pro hac vice application to be filed*)
Old Federal Courthouse, Suite 702
620 S.W. Main Street
Portland, OR 97205
Telephone:   (503) 525-2525
Facsimile:    (503) 525-2526

Attorneys for Defendant New Century Buildings, LLC

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

CASE NO.
NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

Exhibit A

1  COOLEY GODWARD KRONISH LLP
   KOJI F. FUKUMURA (189719) (kfukumura@cooley.com)
2  RYAN E. BLAIR (246724) (rblair@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA 92121
   Telephone:    (858) 550-6000
4  Facsimile:    (858) 550-6420

5  THE ROSEN LAW FIRM
   STEVEN O. ROSEN (*pro hac vice application to be filed*)
6  Old Federal Courthouse, Suite 702
   620 S.W. Main Street
7  Portland, OR 97205
   Telephone:    (503) 525-2525
8  Facsimile:    (503) 525-2526

9  Attorneys for Defendant NEW CENTURY BUILDINGS, LLC

10

11              UNITED STATES DISTRICT COURT

12              SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  McCUNE MOTORS, | Case No. |
| 15          Plaintiff, | **NOTICE OF REMOVAL OF ACTION (DIVERSITY)** |
| 16      v. | |
| 17  NEW CENTURY BUILDINGS, LLC, | |
| 18          Defendant. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NO.
NOTICE OF REMOVAL OF ACTION (DIVERSITY)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that defendant New Century Buildings, LLC ("New Century"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby files this Notice of Removal of *McCune Motors v. New Century Buildings, LLC*, Civil Action No. 37-2008-00068518-CU-CO-SC from the Superior Court of the State of California for the County of San Diego – South Bay Division to the United States District Court for the Southern District of California. The grounds for removal are as follows:

## I. FACTS MERITING REMOVAL.

1. In this civil action, *McCune Motors v. New Century Buildings, LLC*, Civil Action No. 37-2008-00068518-CU-CO-SC, presently before the Superior Court of the State of California for the County of San Diego – South Bay Division, plaintiff McCune Motors ("McCune"), a California corporation with its principal place of business in California, sues New Century, an Oregon corporation with its principal place of business in Oregon, for rescission of a contract whereby McCune agreed to purchase a "Fast Lube" building from New Century.

2. New Century was first served with a summons and Complaint of the state court action on January 31, 2008. A true and correct copy of the Complaint is attached hereto as Exhibit A, and is incorporated by reference as fully set forth herein. A true and correct copy of the summons served on New Century is attached hereto as Exhibit B.

3. This Notice of Removal is timely because it has been filed within thirty days of when New Century was simultaneously served with the summons and Complaint. *See* 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 345-46 (1999) ("[I]f the summons and complaint are served together, the 30-day removal period runs at once.").

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by New Century pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. It is apparent from the face of the Complaint that McCune seeks an amount in excess of $75,000.00.

For example, the Complaint seeks rescission of the contract to purchase a "Fast Lube" building from New Century and a return of $230,000.00 that McCune paid pursuant to the contract. *See, e.g.*, Complaint, ¶ 14.

5.  New Century is informed and believes that McCune was, and still is, a California corporation with its principal place of business in the state of California. New Century was, at all relevant times, and still is, an Oregon corporation with its principal place of business in Oregon, and, to its knowledge, is the only defendant that has been served in this action. Accordingly, diversity of citizenship exists because the matter in controversy is between "citizens of different States." 28 U.S.C. § 1332(a)(1).

## II. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

6.  This Notice of Removal is timely according to 28 U.S.C. § 1446(b).

7.  New Century, in good faith, believes that the amount in controversy exceeds $75,000.00, exclusive of costs and interest, and complete diversity of citizenship exists.

8.  The United States District Court for the Southern District of California embraces the county in which the state court action is now pending; therefore, this action is properly removed to the Southern District of California pursuant to 28 U.S.C. § 84(d).

9.  Pursuant to 28 U.S.C. § 1446(d), New Century is filing written notice of this removal to all parties and will file a notice with the clerk of the state court in which this action is currently pending.

**WHEREFORE**, New Century respectfully moves this action from the Superior Court of State of California for the County of San Diego – South Bay Division to the United States District Court for the Southern District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

/ / /

/ / /

/ / /

/ / /

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

CASE NO.
NOTICE OF REMOVAL OF ACTION (DIVERSITY)

| | |
|---|---|
| 1  Dated: March 3, 2008 | COOLEY GODWARD KRONISH LLP<br>KOJI F. FUKUMURA (189719)<br>RYAN E. BLAIR (246724) |

*[signature]*
Ryan E. Blair (246724)

THE ROSEN LAW FIRM
STEVEN O. ROSEN (*pro hac vice application to be filed*)
Old Federal Courthouse, Suite 702
620 S.W. Main Street
Portland, OR 97205
Telephone:     (503) 525-2525
Facsimile:      (503) 525-2526

Attorneys for Defendant New Century Buildings, LLC

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

CASE NO.
NOTICE OF REMOVAL OF ACTION (DIVERSITY)