| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | KOJI F. FUKUMURA (189719) (kfukumura@cooley.com) |
| 2 | RYAN E. BLAIR (246724) (rblair@cooley.com) |
| | 4401 Eastgate Mall |
| 3 | San Diego, CA 92121 |
| | Telephone: (858) 550-6000 |
| 4 | Facsimile: (858) 550-6420 |
| 5 | THE ROSEN LAW FIRM |
| | STEVEN O. ROSEN (*pro hac vice application to be filed*) |
| 6 | Old Federal Courthouse, Suite 702 |
| | 620 S.W. Main Street |
| 7 | Portland, OR 97205 |
| | Telephone: (503) 525-2525 |
| 8 | Facsimile: (503) 525-2526 |
| 9 | Attorneys for Defendant NEW CENTURY BUILDINGS, LLC |

FILED
2008 MAR -3 PM 3:18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0396 LAB WMc

| | |
|---|---|
| McCUNE MOTORS, | Case No. |
| Plaintiff, | **DEFENDANT NEW CENTURY BUILDINGS, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| NEW CENTURY BUILDINGS, LLC, | |
| Defendant. | |

ORIGINAL

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NO.
CORPORATE DISCLOSURE STATEMENT

**TO THE COURT, PLAINTIFF AND ITS COUNSEL OF RECORD:**

Defendant New Century Buildings, LLC, by and through its undersigned counsel of record, herby certifies pursuant to Federal Rule of Civil Procedure 7.1 that it does not have any parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: March 3, 2008

COOLEY GODWARD KRONISH LLP
KOJI F. FUKUMURA (189719)
RYAN E. BLAIR (246724)

_____
Ryan E. Blair (246724)

THE ROSEN LAW FIRM
STEVEN O. ROSEN (*pro hac vice to be filed*)
Old Federal Courthouse, Suite 702
620 S.W. Main Street
Portland, OR 97205
Telephone:    (503) 525-2525
Facsimile:    (503) 525-2526

Attorneys for Defendant New Century Buildings, LLC