1  COOLEY GODWARD KRONISH LLP
   KOJI F. FUKUMURA (189719) (kfukumura@cooley.com)
2  RYAN E. BLAIR (246724) (rblair@cooley.com)
   4401 Eastgate Mall
3  San Diego, CA  92121
   Telephone:     (858) 550-6000
4  Facsimile:     (858) 550-6420

5  THE ROSEN LAW FIRM
   STEVEN O. ROSEN (*pro hac vice application to be filed*)
6  Old Federal Courthouse, Suite 702
   620 S.W. Main Street
7  Portland, OR 97205
   Telephone:     (503) 525-2525
8  Facsimile:     (503) 525-2526

9  Attorneys for Defendant and Counter-Claimant NEW
   CENTURY BUILDINGS, LLC

10

11              UNITED STATES DISTRICT COURT

12            SOUTHERN DISTRICT OF CALIFORNIA

13

14  McCUNE MOTORS,                          Case No.  08-cv-00396-LAB-WMC

15              Plaintiff,                  **SUPPLEMENTAL BRIEF IN SUPPORT OF**
                                            **DEFENDANT AND COUNTER-CLAIMANT**
16       v.                                 **NEW CENTURY BUILDINGS, LLC'S**
                                            **NOTICE OF REMOVAL**
17  NEW CENTURY BUILDINGS, LLC,
                                            Hon. Larry A. Burns
18              Defendant.
                                            (Jury Trial Demanded)
19  NEW CENTURY BUILDINGS, LLC,

20              Counter-Claimant,

21       v.

22  McCUNE MOTORS,

23              Counter-Respondent.

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

08-CV-00396-LAB-WMC
SUPP. BRIEF ISO NOTICE OF REMOVAL

1     Pursuant to this Court's March 4, 2008 Order Requiring Jurisdictional Briefing (Doc. No.

2  4), Defendant and Counter-Claimant New Century Buildings, LLC ("New Century"), by and

3  through its counsel of record, hereby files this supplement to its Notice of Removal filed on

4  March 3, 2008.

5     It has been determined that New Century has one member who is a resident and citizen of

6  California. Because of this fact, New Century has concluded that complete diversity is lacking

7  under 28 U.S.C. § 1332(a)(1), and therefore respectfully requests that this matter be remanded to

8  the Superior Court.

9  Dated: March 17, 2008                    COOLEY GODWARD KRONISH LLP
                                            KOJI F. FUKUMURA (189719)
10                                          RYAN E. BLAIR (246724)

11

12                                          **/s/ Ryan E. Blair**
                                            Ryan E. Blair (246724)
13                                          Attorneys for Defendant and Counter-Claimant
                                            New Century Buildings, LLC
14                                          Email: rblair@cooley.com

15                                          THE ROSEN LAW FIRM
                                            STEVEN O. ROSEN (*pro hac vice application to
16                                          be filed*)
                                            Old Federal Courthouse, Suite 702
17                                          620 S.W. Main Street
                                            Portland, OR 97205
18                                          Telephone:    (503) 525-2525
                                            Facsimile:    (503) 525-2526
19                                          Attorneys for Defendant and Counter-Claimant
                                            New Century Buildings, LLC
20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

08-CV-00396-LAB-WMC
SUPP. BRIEF ISO NOTICE OF REMOVAL

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I electronically filed **(1) SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT NEW CENTURY BUILDINGS, LLC'S NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system.

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California to be served on the parties listed below on March 17, 2008:

Armando L Odorico
Armando Odorico Attorney at Law
600 West Broadway
Suite 1020
San Diego, CA 92101

Kendra A. Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420