# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McCUNE MOTORS,<br><br>    vs.                          Plaintiff,<br><br>NEW CENTURY BUILDINGS, LLC,<br><br>                                Defendant. | CASE NO. 08CV0396-LAB (WMc)<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>[Dkt No. 7] |

    Plaintiff McCune Motors removed this contract action from state court on March 3, 2008, predicating on diversity of citizenship. 28 U.S.C. § 1332(a)(1). The defendant is alleged to be a limited liability company ("LLC"), but the jurisdictional allegations in the Notice of Removal were insufficient for the court to confirm its ability to exercise jurisdiction over the dispute. Plaintiff has responded to the Order Requiring Jurisdictional Briefing with a request that the matter be remanded to Superior Court, having confirmed one member of the defendant LLC shares California citizenship with plaintiff, defeating diversity jurisdiction. **IT IS HEREBY ORDERED** the request to remand is **GRANTED**, and the Clerk of Court shall terminate the federal case.

    **IT IS SO ORDERED**.

DATED: March 20, 2008

                                                    *Larry A. Burns*

                                                    **HONORABLE LARRY ALAN BURNS**
                                                    United States District Judge