# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McCUNE MOTORS,<br><br>          Plaintiff,<br>vs.<br><br>NEW CENTURY BUILDINGS, LLC,<br><br>          Defendant. | CASE NO. 08CV0396-LAB (WMc)<br><br>**AMENDED AND SUPERSEDING ORDER REMANDING CASE TO STATE COURT**<br><br>[Dkt No. 4, 7] |

On March 20, 2008, the undersigned District Judge ordered this action remanded to state court for lack of jurisdiction. Dkt No. 8. This Order issues solely to correct the designation of the removing party in the text of the original Order, which remains otherwise unchanged.

Defendant New Century Buildings, LLC removed this contract action from state court on March 3, 2008, predicating on diversity of citizenship. 28 U.S.C. § 1332(a)(1). The defendant is alleged to be a limited liability company ("LLC"), but the jurisdictional allegations in the Notice of Removal were insufficient for the court to confirm its ability to exercise jurisdiction over the dispute. Defendant has responded to the Order Requiring Jurisdictional Briefing with a request that the matter be remanded to Superior Court, having confirmed one member of the defendant LLC shares California citizenship with plaintiff, defeating diversity jurisdiction. **IT IS HEREBY ORDERED** the request to remand is **GRANTED**, and the Clerk of Court shall terminate the federal case.

**IT IS SO ORDERED**.

DATED: April 1, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge